AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

**Jun 29, 2026**

SEAN F. McAVOY, CLERK

JASON J. U.

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| FRANK BISIGNANO,<br>COMMISSIONER OF SOCIAL SECURITY | ) |
|  | ) |

Civil Action No.   1:25-CV-3169-TOR

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❏  other:  Plaintiff's Motion for Summary Judgment (ECF No. 12) is GRANTED and Defendant's Motion for Summary Judgment (ECF No. 13) is DENIED. Pursuant to sentence four of 42 U.S.C. § 405(g), this action is hereby REVERSED and REMANDED to the Commissioner for further proceedings.
Judgment is entered for Plaintiff.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge  Thomas O. Rice.

Date:  6/29/2026

CLERK OF COURT

s/Sean F. McAvoy
*Signature of Clerk*